### 23744. COBB v. THE STATE.

GRICE, Justice. Whereas the Supreme Court of the United States by judgment of that court entered on October 9, 1967, reversed the judgment of this court in *Cobb v. State,* 222 Ga. 733 (152 SE2d 403), wherein this court affirmed the judgment of the Superior Court of Bibb County convicting the defendant of the crime of murder, the judgment of this court is vacated and the judgment of the trial court is reversed.

*Judgment reversed. All the Justices concur.*

DECIDED NOVEMBER 9, 1967.

*Howard Moore, Jr., Horace T. Ward,* for appellant.

*George D. Lawrence, Jack J. Gautier, Solicitors General, Arthur K. Bolton, Attorney General, G. Ernest Tidwell, Executive Assistant Attorney General, Fred Hasty, Hardaway Young,* for appellee.